JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
Attorney for Defendant Suburban Narcotics Task Force aka HIDTA under Camden County Prosecutor's Office

By: Expedito Sean B. Miralles
Deputy Attorney General
(609) 262-4362
Expedito.miralles@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MICHELLE THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>SUBURBAN NARCOTICS TASK FORCE AKA HIDTA UNDER CAMDEN COUNTY PROSECUTOR'S OFFICE,<br><br>Defendants. | : | CIVIL ACTION NO. 25-4226 (KMW-SAK)<br><br><u>CIVIL ACTION</u><br><br>**SUBSTITUTION OF COUNSEL** |

The undersigned hereby consents to the substitution of Expedito Sean B. Miralles, Deputy Attorney General, as Attorney for Defendant Suburban Narcotics Task Force aka HIDTA under Camden County Prosecutor's Office, terminating the appearance of Azeem Chaudry, Deputy Attorney General, on behalf of this Defendant, in the above-entitled case.

JENNIFER DAVENPORT
ATTORNEY GENERAL

By: s/ Azeem Chaudry
Azeem Chaudry
Deputy Attorney General
Withdrawing Attorney

JENNIFER DAVENPORT
ATTORNEY GENERAL

By: s/ Expedito Sean B. Miralles
Expedito Sean B. Miralles
Deputy Attorney General
Substituting Attorney

DATED: March 13, 2026
JENNIFER DAVENPORT